CONFORM COPY

PATRICK S. THOMPSON (SBN 160804)
pthompson@goodwinprocter.com
SUSANNE N. GERAGHTY (SBN 218098)
sgeraghty@goodwinprocter.com
MICHAEL J. MOLONEY III (SBN 259140)
mmoloney@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel: 415.733.6000
Fax: 415.677.9041

JEFFREY A. RICHMOND (SBN 155808)
jrichmond@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673

Attorneys for Plaintiff
ZOLL Circulation, Inc.

FILED
2010 JUL -1  PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZOLL CIRCULATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELAN MEDIZINTECHNIK GMBH, <br><br> Defendant. | Case No: SACV10-01010 AG (RNBx) <br><br> **NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: <br> Time: <br> Courtroom: TBD <br> Judge: TBD |

ZOLL CIRCULATION, INC.'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION

1  PLEASE TAKE NOTICE that on July 19, 2010, at 10:00 a.m., or as soon
2  thereafter as the matter may be heard in the above entitled court, located at 411 West
3  Fourth Street, Santa Ana, California 92701-4516, plaintiff ZOLL Circulation, Inc.
4  ("ZOLL") will and hereby does move this Court, pursuant to Rule 65 of the Federal
5  Rules of Civil Procedure for a preliminary injunction (the "Motion") against
6  defendant ELan Medizintechnik GmbH ("ELan").

7  This Motion is made on the grounds that ELan has been falsely representing
8  itself as an authorized distributor of ZOLL's temperature management devices (the
9  "Products"), and has engaged in misconduct that threatens to cause ZOLL irreparable
10 harm.

11 In May 2007, the parties entered into a distribution agreement (the "Distribution
12 Agreement"), which expired on April 30, 2010. Under the Distribution Agreement,
13 the parties agreed to resolve any disputes arising out of the Distribution Agreement
14 through arbitration before the International Chamber of Commerce ("ICC"). The
15 parties also agreed that any arbitration would occur in Orange County, California and
16 would be governed by California law.

17 On July 1, 2010, ZOLL initiated an ICC arbitration. ZOLL seeks provisional
18 relief from this Court in aid of that arbitration. As a direct result of ELan's false and
19 misleading statements to ZOLL's customers, some customers already have refused to
20 submit additional orders with ZOLL. ZOLL seeks an injunction directing ELan
21 immediately to:

22  (a) Cease and desist from representing itself as a distributor of the ZOLL's
23  intravascular temperature control products (the "Products") in Germany,
24  Austria, Czech Republic, Slovakia and Slovenia (the "Territory").
25  (b) Cease and desist from contacting ZOLL's customers in the Territory
26  concerning the marketing, promotion, sale or distribution of the Products, and
27  (c) Cease and desist from making false, misleading, and/or defamatory
28  statements about ZOLL and/or the Products.

*Goodwin Procter LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111*

ZOLL's Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of ZOLL's Motion for a Preliminary Injunction, the Declarations of Susanne Geraghty and James Palazzolo filed herewith, the files and records in this case, and such argument and further filings and evidence as this Court may receive on this motion

Dated:     July 1, 2010

Respectfully submitted,

By: _____
PATRICK S. THOMPSON
pthompson@goodwinprocter.com
SUSANNE N. GERAGHTY
sgeraghty@goodwinprocter.com
MICHAEL J. MOLONEY III
mmoloney@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel: 415.733.6000
Fax: 415.677.9041

JEFFREY A. RICHMOND
jrichmond@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673

Attorneys for Plaintiff
ZOLL Circulation, Inc.