PATRICK S. THOMPSON (SBN 160804)
*pthompson@goodwinprocter.com*
SUSANNE N. GERAGHTY (SBN 218098)
*sgeraghty@goodwinprocter.com*
MICHAEL J. MOLONEY III (SBN 259140)
*mmoloney@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel: 415.733.6000
Fax: 415.677.9041

JS-6

JEFFREY A. RICHMOND (SBN 155808)
*jrichmond@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel: 213.426.2500
Fax: 213.623.1673

Attorneys for Plaintiff
*ZOLL Circulation, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ZOLL CIRCULATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELAN MEDIZINTECHNIK GMBH, <br><br> Defendant. | Case No: 8:10-cv-01010-AG-RNB <br><br> **ORDER DISMISSING ZOLL CIRCULATION, INC.'S COMPLAINT WITH PREJUDICE** |

**ORDER DISMISSING ZOLL CIRCULATION, INC.'S COMPLAINT WITH PREJUDICE**
**Case No. 8:10-cv-01010-AG-RNB**

1 | Having considered the Notice of Dismissal of Complaint Pursuant to Rule 41 of
2 | plaintiff ZOLL Circulation, Inc. ("ZOLL"), and finding good cause therefore, it is
3 | HEREBY ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
Andrew J. Guilford
United States District Judge